# EXHIBIT  1



null / ALL
**Transmittal Number: 31056554**
**Date Processed: 03/24/2025**

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Kristina Cates<br>Laboratory Corporation of America Holdings<br>531 S Spring St<br>Burlington, NC 27215-5866 |
| Electronic copy provided to: | Heather Long<br>Anetta Outlaw<br>Mary Beth Maines |

| | |
|---|---|
| **Entity:** | LabCorp Employer Services, Inc.<br>Entity ID Number  3910064 |
| **Entity Served:** | Lab Corp |
| **Title of Action:** | Kenneth Borgelin vs. Laboratory Corporation Of America |
| **Matter Name/ID:** | Kenneth Borgelin vs. Laboratory Corporation Of America (17074786) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Orange County Superior Court, CA |
| **Case/Reference No:** | 30-2025-01466572 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 03/18/2025 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Kenneth Borgelin<br>657-477-5579 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** *Laboratory Corporation of America*
**(AVISO AL DEMANDADO):**

**YOU ARE BEING SUED BY PLAINTIFF:** *KENNETH BORGELIN*
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

| FOR COURT USE ONLY |
| --- |
| (SOLO PARA USO DE LA CORTE) |
| **FILED** |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE |
| MAR 13 2025 |
| DAVID H. YAMASAKI, Clerk of the Court |
| BY: _____ DEPUTY |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
| --- | --- |
| The name and address of the court is: *SUPERIOR COURT of ORANGE*<br>(El nombre y dirección de la corte es): *Dr. West Santa Ana,* COUNTY 700 CIVIC CENTER *CA 92701* *Judge Bradley Erdosi* **Assigned for All Purposes** | CASE NUMBER: (Número del Caso):<br>**01466572** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es): *Kenneth Borgelin*
*16635 Townhouse Dr. Tustin, CA 92780*

DATE: *10/13/2025*
(Fecha) **MAR 13 2025**  **DAVID H. YAMASAKI** Clerk, by _____ , Deputy
(Secretario) *D. FULMER* (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☑ on behalf of (specify): *LAB CORP*
   under: ☑ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| 16635 Townhouse Dr  Tustin, CA 92780   *Kenneth Borgelin* <br> TELEPHONE NO.: (659) 477-5579   FAX NO.: <br> EMAIL ADDRESS: lookin22234@gmail.com <br> ATTORNEY FOR *(Name):* IN PRO PER | **FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF ORANGE <br><br> MAR 13 2025 <br><br> DAVID H. YAMASAKI, Clerk of the Court <br><br> BY:_____,DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Dr. West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

| CASE NAME: KENNETH BORGELIN VS. LAB CORP | 30-2025 |
|---|---|

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 01466572 |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $35,000)   [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter   [ ] Joinder <br> Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Bradley Erdosi <br> DEPT.: C27 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [✓] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [✓] punitive
4. Number of causes of action *(specify):* 1
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 03/13/2025

Kenneth Borgelin
*(TYPE OR PRINT NAME)*                                          *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, only parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner
    Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic
  relations)*
Sister State Judgment
Administrative Agency Award
  *(not unpaid taxes)*
Petition/Certification of Entry of
  Judgment on Unpaid Taxes
Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**

 

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>NAME: Kenneth Borgelin    STATE BAR NUMBER:<br>FIRM NAME:<br>STREET ADDRESS: 16635 Townhouse Dr<br>CITY: Tustin    STATE: CA    ZIP CODE: 92780<br>TELEPHONE NO.: (657) 477-5579    FAX NO.:<br>EMAIL ADDRESS: 100kin22234@gmail.com<br>ATTORNEY FOR (name): IN PRO PER | FOR COURT USE ONLY<br><br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>MAR 13 2025<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY:_____,DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: KENNETH BORGELIN
DEFENDANT: LABORATORY CORPORATION OF AMERICA

☐ DOES 1 TO _____

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED** *(Number):*<br>**Type** *(check all that apply):*<br>☐ **MOTOR VEHICLE**    ☐ **OTHER** *(specify):*<br>    ☐ Property Damage    ☐ Wrongful Death<br>    ☑ Personal Injury    ☐ Other Damages *(specify):*<br>**Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE** *(does not exceed $35,000)*<br>    Amount demanded    ☐ does not exceed $10,000<br>                ☐ exceeds $10,000<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE** *(exceeds $35,000)*<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint<br>    ☐ from limited to unlimited<br>    ☐ from unlimited to limited | CASE NUMBER:<br><br>30-2025<br><br>01466572<br><br>Judge Bradley Erdosi<br><br>Assigned for All Purposes |

1. Plaintiff *(name or names):* Kenneth Borgelin

   alleges causes of action against **defendant** *(name or names):* Laboratory Corporation of America

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

30-2025 PLD-PI-001

| SHORT TITLE: BORGELIN VS LAB CORP | CASE NUMBER: 0 1 4 6 6 5 7 2 |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* LAB CORP
      (1) ☐ a business organization, form unknown.
      (2) ☑ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):*                    were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):*                    are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, **and**
   a. ☑ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

30-2025

PLD-PI-001

| SHORT TITLE: BORGELIN VS LAB CORP | CASE NUMBER: 01466572 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

a. ☐ Motor Vehicle

b. ☐ General Negligence

c. ☑ Intentional Tort

d. ☐ Products Liability

e. ☐ Premises Liability

f. ☐ Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*

a. ☐ wage loss.

b. ☐ loss of use of property.

c. ☐ hospital and medical expenses.

d. ☑ general damage.

e. ☐ property damage.

f. ☑ loss of earning capacity.

g. ☑ other damage *(specify)*: EMOTIONAL DISTRESS

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☑ compensatory damages.

(2) ☑ punitive damages.

b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:

(1) ☐ according to proof.

(2) ☑ in the amount of: $ 777,777,777.77

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

1, 2, 3, 4, 5, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23

Date: 10/13/2025

Kenneth Borgelin

(TYPE OR PRINT NAME)

▶ _(signature)_

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form

PLD-PI-001(3)

| SHORT TITLE: BORGELIN VS LAB CORP | CASE NUMBER ▓▓▓▓▓▓ |
|---|---|

1
_(number)_

## CAUSE OF ACTION—Intentional Tort

Page 4

ATTACHMENT TO [ X ] Complaint    [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1. Plaintiff _(name):_ KENNETH BORGELIN

alleges that defendant _(name):_ LAB CORP

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on _(date):_ 10/25/2023

at _(place):_ Corona, CA (place or residence)

_(description of reasons for liability):_

16.    On October 25, 2023 Plaintiff KENNETH BORGELIN recieved his paternity results from Social Worker Lucy Valencia of Social Services of Orange County.  At this time he looked through out document that was emailed to him, to see if he was the father or not.  It stated that he was not the biological father with zero percent of Probability of Paternity.  After that distraught revalation he was tired, confused, anguished, and in awe.

17.    Seven months later, first week of May 2024, while on his phone Norton app told him that there were 8 websites online selling his information and did he want to erase them.  Upon agreeing, he noticed that out of 8 there were 5 that had a Melissa Bordeaux that he was supposed to be related to.  Plaintiff KENNETH BORGELIN knows that he is not related to no such person.  After dilligently seeking for answers he finds out that she works for the Defendant LAB CORP, from their it continued to unravel.

18.    Plaintiff Kenneth Borgelin remembered that he had taken a screenshot of his paternity test , so he looks back at it then starts to see the fictional tale of Defendant LAB CORP.  He noticed their was lightness in middle of test.  Signs of erasing information and putting in what characters that you want on the test.  Realizing that there was a desk in the background of the test meaning that it was taken with a camera of sorts.  Realizing that he didn't "match" 9 out of 25 tests that was on paternity test Plaintiff KENNETH BORGELIN  was wondering how he could have zero percent of being biological father when he matched 16 out of 25.  Also realizing that there was no Pi (paternity index) on paternity test, how can it be zero when there is isn't any Pi on the test.

19.    To make matters even more condescending Defendant LAB CORP also had a Notary Public stamp their legal document with no seal on their stamp.  Also allowing said Notary Public  "Pamela Lyon Dann" to sign legal document with a marker.  Plaintiff KENNETH BORGELIN tried looking said Notary Public and could not find her being a Notary Public.  Only thing that was found was that she worked for Defendant LAB CORP.  That she was 69 years old and that she drove a Honda Tracker.

20.    Spirilling down this horrendous story, you start to see how far this abusive, manipulative, this giant Defendant LAB CORP was creating their own tale for whatever reason.  You would think that they would at least do such atrocities with people who doesn't want to be a father.

Page 1 of 1

 **CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**    [ Print this form ]   [ Save this form ]        [ Clear this form ]

PLD-PI-001(6)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| BORGELIN VS LAB CORP | ▓▓▓▓▓▓▓▓ |

## Exemplary Damages Attachment

Page    5

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

EX-1. As additional damages against defendant (name):

LAB CORP

Plaintiff alleges defendant was guilty of

☑ malice
☑ fraud
☑ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

21.    Malice, fraud, oppression was done to Plaintiff KENNETH BORGELIN because now he was able to see the immoral technique that Defendant LAB CORP had perpetuated. 1) Notary Public signing legal document with a marker. 2) No state seal on said stamp. 3) All the numbers that were erased and redesigned to appear that he was not the biological father. 4) This fraudulent act committed by Defendant LAB CORP tremendously threw Plaintiff KENNETH BORGELIN off course leading into emotional distress, depression, confusion, which is continuously still going on currently. Having zero percent of probability with matching child with 16 out of 25 alleles matching is very confusing. (alleles any one or two or more genes or more that may occur alternatively on a given site on a chromosome)

22.    This multi-billion dollar corporation kept their foot on my neck. Having people follow me around, listening to my phone calls. Defendant LAB CORP kept their eye on me as if Plaintiff KENNETH BORGELIN was the one who committed this fraudulent act. Plaintiff also tried calling paternity department to no avail.

23.    Defendant LAB CORP extorted Plaintiffs' KENNETH BORGELIN life, as if they were God himself. Corporations like Defendant LAB CORP must learn that they do not get to play, reconstruct, manipulate life like that. Plaintiff seeks that being able to participate in fatherhood is a God given right, and Defendant LAB CORP took that right away. Plaintiff KENNETH BORGELIN is seeking this Prayer of Relief, for this on going and past sabotaging of his life.

EX-3. The amount of exemplary damages sought is

a. ☐ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☑ $ ▓▓▓▓▓▓ $777,777,777.77

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS):*   TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|

ATTORNEY FOR *(NAME):*

Insert name of court, judicial district or branch court, if any, and post office and street address:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
700 CIVIC CENTER DRIVE
SANTA ANA, CA 92701
CENTRAL JUSTICE CENTER

PLAINTIFF:

DEFENDANT:

| **ANSWER—Personal Injury, Property Damage, Wrongful Death** | CASE NUMBER: |
|---|---|
| ☐ **COMPLAINT OF (name):** | |
| ☐ **CROSS-COMPLAINT OF** *(name):* | |

1. This pleading, including attachments and exhibits, consists of the following number of pages: _____
**DEFENDANT OR CROSS-DEFENDANT** *(name):*

2. ☐ Generally **denies** each allegation of the unverified complaint or cross-complaint.

3. a. ☐ DENIES each allegation of the following numbered paragraphs:

   b. ☐ ADMITS each allegation of the following numbered paragraphs:

   c. ☐ DENIES, ON INFORMATION AND BELIEF, each allegation of the following numbered paragraphs:

   d. ☐ DENIES, BECAUSE OF LACK OF SUFFICIENT INFORMATION OR BELIEF TO ANSWER, each allegation of the following numbered paragraphs:

   e. ☐ ADMITS the following allegations and generally denies all other allegations:

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-PI-003 [Rev. January 1, 2007]

**ANSWER—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-003

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

## ANSWER—Personal Injury, Property Damage, Wrongful Death

f. ☐ DENIES the following allegations and admits all other allegations:

g. ☐ Other *(specify)*:

**AFFIRMATIVELY ALLEGES AS A DEFENSE**

4. ☐ The comparative fault of plaintiff or cross-complainant *(name):*
   as follows:

5. ☐ The expiration of the Statute of Limitations as follows:

6. ☐ Other *(specify)*:

7. DEFENDANT OR CROSS - DEFENDANT PRAYS
   For costs of suit and that plaintiff or cross-complainant take nothing.

   ☐ Other *(specify)*:

_____
(Type or print name)

_____
(Signature of party or attorney)

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.:                    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
  STREET ADDRESS:
  MAILING ADDRESS:
  CITY AND ZIP CODE:
  BRANCH NAME:

  PETITIONER/PLAINTIFF:

  RESPONDENT/DEFENDANT:

| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER: |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

3. On *(date):*                I mailed from *(city and state):*
   the following **documents** *(specify):*

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served:
   b. **Address** of person served:

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____          _____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]
**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**
Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

ALTERNATIVE DISPUTE RESOLUTION (ADR)
INFORMATION PACKAGE

NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the
ADR Information Package along with the complaint and/or cross-complaint.

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint,
an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR
and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to
any applicable local court rules and directions for contacting any court staff
responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded
under the Dispute Resolutions Program Act (DRPA), in counties that are
participating in the DRPA. This information may take the form of a list of the
applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR
process.

(b) A court may make the ADR Information Package available on its website as long as
paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant
along with the complaint. Cross-complainants must serve a copy of the ADR
Information Package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

## ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.** A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.** When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.** In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.** ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.** In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.** Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.** If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

Less discovery. There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

Additional costs. The neutral may charge a fee for his or her services. If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

Effect of delays if the dispute is not resolved. Lawsuits must be brought within specified periods of time, known as statues of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

Arbitration. In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." Binding arbitration means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. Nonbinding arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

> Cases for Which Arbitration May Be Appropriate. Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

> Cases for Which Arbitration May Not Be Appropriate. If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

Mediation. In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

> Cases for Which Mediation May Be Appropriate. Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

> Cases for Which Mediation May Not Be Appropriate. Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

Neutral Evaluation. In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

Cases for Which Neutral Evaluation May Be Appropriate. Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

Cases for Which Neutral Evaluation May Not Be Appropriate. Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

Settlement Conferences. Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

ADDITIONAL INFORMATION.

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:

- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, at 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the telephone directories under "Arbitrators" or "Mediators"

Low cost mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA). For information regarding DRPA, contact:

- OC Human Relations (714) 480-6575, mediator@ochumanrelations.org

- Waymakers (949) 250-4058

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE). For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session. For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session. Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) programs is available on the Court's website at www.occourts.org.

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO.:<br>NAME:<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY:                                  STATE:              ZIP CODE:<br>TELEPHONE NO.:                         FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): | FOR COURT USE ONLY<br><br>For your protection and privacy, please press the Clear This Form button after you are done printing this form. |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512<br>☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th Street, Westminster, CA 92683-4593 | |
|---|---|
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | |
| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER: |

Plaintiff(s)/Petitioner(s), _____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
        ☐ Under section 1141.11 of the Code of Civil Procedure
        ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an Order on Court Fee Waiver (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court, rule 3.720 et seq.

Date: _____    _____    _____
                  (SIGNATURE OF PLAINTIFF OR ATTORNEY)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____    _____    _____
                  (SIGNATURE OF DEFENDANT OR ATTORNEY)    (SIGNATURE OF DEFENDANT OR ATTORNEY)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):*
      *ANSWER PACKET*

3. a. Party served *(specify name of party as shown on documents served):*

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*                          (2) at *(time):*

   b. ☐ **by substituted service.** on *(date):*                  at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*              from *(city):*                  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010  [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                        (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

       ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)           ☐ 415.46 (occupant)

                                ☐ other:

7. **Person who served papers**

  a. Name:

  b. Address:

  c. Telephone number:

  d. **The fee for service was: $**

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

         ☐ owner    ☐ employee    ☐ independent contractor.

      (ii)  Registration No.:

      (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

▶

_____           _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
# LEGAL RESOURCES INFORMATION SHEET

**ASIAN AMERICANS ADVANCING JUSTICE – OC**
2401 E. Katella Ave, Suite 600,
Anaheim, CA 92806
(888) 349-9695 or (714) 587-2050
www.advancingjustice-la.org

**CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS**
Consumer Information Center
(800) 952-5210
www.dca.ca.gov

**COMMUNITY LEGAL AID SOCAL**
2101 N. Tustin Ave,
Santa Ana, CA 92705
(714) 571-5200 or (800) 834-5001
www.communitylegalsocal.org

**CHAPMAN UNIVERSITY SCHOOL OF LAW**
The Alona Cortese Elder Law Center
462 N. Glassell, Orange, CA 92866
(714) 628-2577 (By Appointment Only)
Email: elderlaw@chapman.edu
(Elder Assistance Only)

**CHILD SUPPORT SERVICES**
1055 N. Main Street, 1st Floor
Santa Ana, CA 92701 (866) 901-3212
Ombudsman Team: (714) 347-4818
E-mail: childsupport@css.ocgov.com
https://www.css.ocgov.com/

**DOMESTIC VIOLENCE ASSISTANCE PROGRAM**
WAYMAKERS (formerly CSP)
Lamoreaux Justice Center
341 The City Drive, 7th Floor, Rm. 705
Orange, CA 92868, (714) 935-6175
https://waymakersoc.org

**FAIR HOUSING COUNCIL OF ORANGE COUNTY**
2021 E. 4th Street, Suite 122
Santa Ana, CA 92705
(714) 569-0823 or (800) 698-FAIR
www.fairhousingoc.org

**FAMILY COURT SERVICES MEDIATION**
341 The City Drive, 5th Floor, Rm. 507
Orange, CA 92868, (657) 622-6196
www.occourts.org/directory/family-court-services/

**FAMILY LAW FACILITATOR**
Lamoreaux Justice Center
341 The City Drive, 1st Floor
Orange, CA 92868, (657) 622-5077
(Must have pending Department of Child Support Services case)

**HOUSING IS KEY**
(Rental Assistance)
https://housing.ca.gov
Questions or Status of Application:
(833) 430-2122
Appointment for Rent Assistance:
(833) 687-0967

**JUDICIAL COUNCIL OF CALIFORNIA**
California Courts Self-Help Center:
(Assistencia disponible en Español)
www.courts.ca.gov/selfhelp.htm
California Courts Self-Help Guide for Evictions:
http://selfhelp.courts.ca.gov/eviction
Judicial Council forms:
www.courts.ca.gov/forms.htm

**LAW LIBRARY**
Orange County Public Law Library
515 N. Flower Street, Santa Ana, CA 92703
(714) 338-6790
www.ocpll.org

**ORANGE COUNTY BAR ASSOCIATION**
P.O. Box 6130, Newport Beach, CA 92658
(949) 440-6700
www.ocbar.org
Lawyer Referral Service: (949) 440-6747 or at
http://www.lrisoc.org/referral.html

**PUBLIC LAW CENTER**
601 Civic Center Drive West
Santa Ana, CA 92701
(714) 541-1010
www.publiclawcenter.org

**SMALL CLAIMS ADVISORY PROGRAM**
of Community Legal Aid SoCal
2121 N. Tustin Avenue, Santa Ana, CA 92705
(714) 571-5277 or (800) 963-7117

**STATE BAR OF CALIFORNIA**
Lawyer Referral Service: (866) 442-2529
Complaints: (800) 843-9053
www.calbar.ca.gov

**SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE**
(Closed on Holidays)

**CENTRAL JUSTICE CENTER**
700 Civic Center Drive West
Santa Ana, CA 92701

**HARBOR JUSTICE CENTER**
4601 Jamboree Road
Newport Beach, CA 92660

**NORTH JUSTICE CENTER**
1275 N. Berkeley Avenue
Fullerton, CA 92832

**LAMOREAUX JUSTICE CENTER**
341 The City Drive
Orange, CA 92660

**WEST JUSTICE CENTER**
8141 13th Street
Westminster, CA 92863

**COSTA MESA JUSTICE COMPLEX**
3390 Harbor Blvd.
Costa Mesa, CA 92626

**COURT SELF HELP CENTERS**
(Service Hours and Locations)

**Central Justice Center**, 1st Floor
**Lamoreaux Justice Center**, 1st Floor
Monday–Thursday: 8:00 AM – 4:00 PM
Friday: 8:00 AM – 2:00 PM
Limited Services 2:00 – 4:00 PM
www.occourts.org/self-help

**Costa Mesa Justice Complex: Mondays**
8:00 AM – 4:00 PM (Closed 12-1pm)

**Harbor Justice Center: 2nd/4th Wednesday**
8:00 AM – 4:00 PM (Closed 12pm-1pm)

**North Justice Center: 2nd/4th Tuesday**
8:00 AM – 4:00 PM (Closed 12pm-1pm)

**West Justice Center: 1st/4th Thursday**
8:00 AM – 4:00 PM (Closed 12pm-1pm)

**WORKSHOPS AND CLINICS**

**CLEAR YOUR PROBATE NOTES**
Every Monday 9:00 AM
To register call (657) 622-7170 or at
www.occourts.org/self-help

**ENDING YOUR MARRIAGE OR DOMESTIC PARTNERSHIP**
In Person – first Tuesday of every month
Online – fourth Tuesday of every month
www.occourts.org/self-help/shworkshops.html

**GUARDIANSHIP CLINIC**
Every Monday 12:00 PM – 4:00 PM
Public Law Center
Clinic: Public Law Library
(714) 541-1010 Ext. 367 or
Email: https://public-law-center.idloom.events/guardianship-clinic

**CONSUMER WORKSHOP**
Every Wednesday 9:30 AM – 12:00 PM
Community Legal Aid/Public Law Center
Workshop: Public Law Library
(657) 261-8811
Email: consumerworkshopOC@clsocal.org

**POS-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PETITIONER/PLAINTIFF:

RESPONDENT/DEFENDANT:

| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER: |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1.  I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2.  My residence or business address is:

3.  On *(date):*                     I mailed from *(city and state):*
    the following **documents** *(specify):*

    ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4.  I served the documents by enclosing them in an envelope and *(check one):*

    a.  ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

    b.  ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5.  The envelope was addressed and mailed as follows:

    a.  **Name** of person served:

    b.  **Address** of person served:

    ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____<br>(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶

_____<br>(SIGNATURE OF PERSON COMPLETING THIS FORM)

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a<br>*www.courtinfo.ca.gov*



U.S. POSTAGE PAID
FCM LG ENV
SANTA ANA, CA 92702
MAR 13, 2025
**$7.16**
S2324N502343-2

95833

*Retail*

RDC 99

CERTIFIED MAIL

9589 0710 5270 1670 2430 53

LabCorp
c/o Koy Saechao
2710 Gateway Oaks Drive
Sacramento, Ca 95833

Jonathan Skidmore
16635 Town House Dr
Tustin, CA 92780

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FOR COURT USE ONLY**<br><br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
|---|---|
| PLANTIFF: Kenneth Borgelin | **Mar 13, 2025** |
| DEFENDANT: Laboratory Corporation of America | Clerk of the Court<br>By: **D. Fulmer**, Deputy |
| Short Title: BORGELIN VS. LABORATORY CORPORATION OF AMERICA | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2025-01466572-CU-NP-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>08/11/2025</u> at <u>10:00:00 AM</u> in Department <u>C27</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: _____ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** BORGELIN VS. LABORATORY CORPORATION OF AMERICA

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: |
|---|---|
| | **30-2025-01466572-CU-NP-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 03/13/2025. Following standard court practice the mailing will occur at Sacramento, California on 03/14/2025.

Clerk of the Court, by: _____ , Deputy

KENNETH BORGELIN
16635 TOWNHOUSE DRIVE
TUSTIN, CA 92780

**V3 1013a (June 2004)**                                        Code of Civil Procedure , § CCP1013(a)