JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BORGELIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LABORATORY CORPORATION OF AMERICA,<br><br>　　　　Defendants. | Case No. 8:25-cv-00796-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants Motion to Dismiss [ECF No. 13]" filed on or about July 21, 2025, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The Complaint [ECF No. 1-2] of Plaintiff Kenneth Borgelin is **DISMISSED with prejudice.**

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 26, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE